Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALVARO LUPIAN LUA, <br><br> Defendant. | CASE NO. 1:14-cv-01350---SAB <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE; AND ORDER |

TO THE HONORABLE STANLEY A. BOONE, THE DEFENDANT, AND HIS ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order continuing the Initial Scheduling Conference in this action, presently set for Tuesday, January 27, 2015 at 2:00 P.M. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that Plaintiff's counsel has recently perfected service on defendant Alvaro Lupian Lua.  A true and correct copy of the Proof of Service have been filed with this Honorable Court, as docket entry 7.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Report.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference presently scheduled for Tuesday, January 27, 2015 to a new date approximately thirty (30) to forty-five (45) days forward.

                                              Respectfully submitted,

Dated: January 15, 2015            */s/ Thomas P. Riley*
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
                                        Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.

## **ORDER**

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:14-cv-01350---SAB styled *J & J Sports Productions, Inc. v. Lupian Lua*, is hereby continued from Tuesday, January 27, 2015 at 2:00 P.M. to March 17, 2015 at 3:00 p.m. before Magistrate Judge Stanley A. Boone. Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:  **January 16, 2015**

                                                    UNITED STATES MAGISTRATE JUDGE