UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc. ,<br><br>        Plaintiff,<br><br>   v.<br><br>Alvaro Lupian Lua dba El Progresso 4 Bar,<br><br>        Defendant. | Case No. 1:14-CV-1350 MCE SAB<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** Default Judgment is hereby ENTERED again defendant:

Alvaro Lupian Lua in the amount of $4,700.00

May 15, 2015                                            MARIANNE MATHERLY, CLERK

                                                         By: /s/  M. Marciel, Deputy Clerk