# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 1:14-cv-01350-MCE-SAB |
| Plaintiff, | ORDER RE: DISASSOCIATION OF ERIC BENSAMOCHAN AS ATTORNEY FOR PLAINTIFF AND DIRECTING CLERK OF COURT TO TERMINATE ERIC BENSAMOCHAN AS ATTORNEY OF RECORD |
| v. | |
| ALVARO LUPIAN LUA, | |
| Defendant. | |
| | (ECF No. 31) |

On May 11, 2022, a notice of disassociation of attorney Eric Bensamochan of The Bensamochan Law Firm, Inc. as counsel for Plaintiff was filed.  (ECF No. 31.)  Other counsel, Thomas P. Riley, of the Law Offices of Thomas P. Riley, P.C., remains as counsel of record.

///

///

///

///

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The request to disassociate Eric Bensamochan as counsel is GRANTED; and

2.      The Clerk of the Court is DIRECTED to terminate Eric Bensamochan as attorney for Plaintiff.

IT IS SO ORDERED.

Dated:   **May 12, 2022**

UNITED STATES MAGISTRATE JUDGE